IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL C. LESLIE-HOOD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 14-4323 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security. | : | |

FILED
DEC 3 0 2015
MICHAEL E. KUNZ, Clerk
_____Dep. Clerk

### ORDER

J. CURTIS JOYNER, J.,

AND NOW, this 30th day of December, 2015, upon consideration of the Plaintiff's Request for Review, Defendant's Motion to Remand, and Plaintiff's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED IN PART.

3. Defendant's Motion to Remand is GRANTED.

4. The matter is REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

J. CURTIS JOYNER